# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MATTHEW MYERS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>Defendants. | Case No. EDCV 21-2097-ODW (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

DATED: April 15, 2022

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE