JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MATTHEW MYERS,<br><br>                Plaintiff,<br><br>        v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>                Defendants. | Case No. EDCV 21-2097-ODW (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED:  April 15, 2022

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE